BRENT J. NEWELL (State Bar No. 210312)
LAW OFFICES OF BRENT J. NEWELL
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Telephone: (661) 586-3724
Email: brentjnewell@outlook.com

RICHARD T. DRURY (State Bar No. 163559)
VICTORIA YUNDT (State Bar No. 326186)
LOZEAU DRURY, LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Email: richard@lozeaudrury.com
          victoria@lozeaudrury.com

GRECIA OROZCO (State Bar No. 345881)
CENTER ON RACE, POVERTY & THE ENVIRONMENT
1012 Jefferson Street
Delano, CA 93215
Telephone: (562) 659-5314
Email: gorozco@crpe-ej.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| CENTRAL VALLEY AIR QUALITY COALITION, a fiscally sponsored project of Social and Environmental Entrepreneurs, Inc., COMMITTEE FOR A BETTER ARVIN, a nonprofit corporation, COMMITTEE FOR A BETTER SHAFTER, a nonprofit corporation, DELANO GUARDIANS, an unincorporated association, and SOCIAL AND ENVIRONMENTAL ENTREPRENEURS, INC., a nonprofit corporation.<br><br>    Plaintiffs,<br><br>  v.<br><br>SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, and the GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>    Defendants. | Case No. 1:23-cv-00794-ADA-SKO<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs Central Valley Air Quality Coalition, *et al*. (collectively "Environmental Justice Organizations") respectfully submit this Notice of Supplemental Authority pursuant to Civil Local Rule 230(m)(2). On July 21, 2023, the U.S. District Court for the Eastern District of California issued an order granting a motion for summary judgment in a Clean Air Act citizen suit, filed pursuant to 42 U.S.C. § 7604(a)(1), against the officials and board members of the California Air Resources Board in their official capacity, the San Joaquin Valley Unified Air Pollution Control District, and the Governing Board of the San Joaquin Valley Unified Air Pollution Control District. *See Central California Environmental Justice Network v. Randolph*, No. 22-cv-01714-DJC-CKD, 2023 WL 4678991 at *10 (E.D. Cal. July 21, 2023), attached as Exhibit 1.

Dated: July 25, 2023                Respectfully Submitted,

                                    LAW OFFICES OF BRENT J. NEWELL

                                    /s/ Brent Newell
                                    Brent J. Newell
                                    Attorney for Plaintiffs


                                    LOZEAU DRURY, LLP

                                    /s/ Richard T. Drury
                                    Richard T. Drury
                                    Victoria Yundt
                                    Attorneys for Plaintiffs


                                    CENTER ON RACE, POVERTY & THE ENVIRONMENT

                                    /s/ Grecia Orozco
                                    Grecia Orozco
                                    Attorney for Plaintiff

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY            1

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on July 25, 2023, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

/s/ Brent Newell
Brent Newell

I, Brent Newell, am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 245 Kentucky Street, Suite A4, Petaluma, CA 94952.

On July 25, 2023, I served **PLATINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** on the following counsel of record by placing it in a sealed, postage-paid envelope to be sent through the U.S. mails in the regular course of business:

Annette Ballatore
Isela G. Welz
San Joaquin Valley Unified Air Pollution Control District
1990 E. Gettysburg Ave.
Fresno, CA 93726

Phil M. Jay
Kahn, Soares & Conway, LLP
219 North Douty Street
Hanford, CA 93230

Bradley Hogin
Woodruff & Smart, APC
555 Anton Blvd., Suite 1200
Costa Mesa, CA 92626

I declare under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed on July 25, 2023, in Petaluma, California.

/s/ Brent Newell
Brent Newell